No. 10–9234.  JONES v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consid-

eration or decision of this petition.